USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/3/20__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x

   **DOUGLAS,**

                        **Plaintiff,**

            -against-

   **HELPING U HOMECARE, INC.,**

                      **Defendants.**

------------------------------------------------------------ x

      **1:19-cv-6798(ALC)**

      <u>**ORDER**</u>

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the parties' settlement agreement and accompanying joint motion to approve the revised settlement agreement, filed April 7, 2020. The release in the agreement is too broad and does not comply with the requirements set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties should submit a revised agreement by June 17, 2020.

**SO ORDERED.**

**Dated**:   June 3, 2020
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**